RECORD OF GRAND JURY BALLOT

C/R 2:23-CR-160

UNITED STATES OF AMERICA v. MARQUELL DESHAWN MYERS

(SEALED UNTIL FURTHER ORDER OF THE COURT)