IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs

**CR NO. 2:23-cr-00160-DCN**

**Marquell Deshawn Myers**

**PLEA**

The defendant, **Marquell Deshawn Myers,** having withdrawn his plea of Not Guilty entered March 17, 2023, pleads guilty to **Count(s)___1_____** of the **Indictment**, after arraignment in open court.

_____*(signature)*_____
(Signed) Defendant

Charleston, South Carolina
October 3, 2023