IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | Criminal. No.:  2:23-cr-160 |
| | ) | |
| vs. | ) | |
| | ) | |
| Marquell Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>SENTENCING MEMORANDUM</u>**

At 24 years old, Marquell Myers is looking for stability that has eluded him his entire life. Growing up, he moved back and forth between his parents after they separated. The utilities were often shut off and Marquell used to walk to the neighbor's house, fill a bucket of water and bring it home to bathe. After he was kicked out of high school for a charge that was eventually dismissed, he was unable to attend an alternative school because nobody could drive him and the bus for that school did not come to his neighborhood. When he was in school, he suffered from constant feelings of embarrassment, feeling like he was a "laughingstock," because his family could not afford sports uniforms or new clothes.

He has tried to work and held jobs at Bojangles and Burger King. He has also worked in factories and in maintenance. His career goal is to become a welder after he gets his GED. He is still in a relationship with the mother of his child and hopes to start a family. His first child died soon after being born.

Marquell has been in jail for these charges for 14 months. He respectfully

asks this Court to sentence him at the bottom of his guideline range so that he can finally begin to work toward the goals that he has for himself. He also hopes to receive treatment for the substance abuse that he has suffered from in attempts to cope with the hardships that have characterized much of his life. He could also benefit from mental health treatment to help him deal with the trauma of childhood poverty and the death of his child.

    Marquell is just 4 months shy of the bottom of his guideline range. Incarceration beyond that is unnecessary to provide just punishment in this case. Being in jail for over a year already has helped him discover the ability and hope that he has to create a better life for himself.

> Respectfully submitted,
> *s/Charles W. Cochran*
> Charles W. Cochran
> Assistant Federal Public Defender
> Charleston, South Carolina
> (843) 727-4148

May 17, 2024