IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:23-cr-00160-DCN |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUELL DESHAWN MYERS | ) | |

NOTICE TO COURT
Fed.R.Crim. P. 32.2(c)(2)
AS TO MARQUELL DESHAWN MYERS

NOW COMES the United States and represents as follows:

WHEREAS, on October 16, 2023, this Court entered a Preliminary Order of Forfeiture as to Marquell Deshawn Myers, ordering the Defendant to forfeit his interest in the following property:

Firearms:

Glock GMBH 43X Pistol
CAL: 9mm S/N: BUEE891
Asset ID: 23-ATF-017497

Ammunition:

11 rounds of assorted ammunition
CAL: 9mm
Asset ID: 23-ATF-017500

WHEREAS, the United States caused to be published on an official government internet website ("www.forfeiture.gov"), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning October 17, 2023, and ending November 15, 2023, as required by Supplemental Rule G(4)(a)(iv)(c), Fed.R.Civ.P., notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed as to the firearm: (a) Glock GMBH 43X Pistol, CAL: 9mm S/N: BUEE891, Asset ID: 23-ATF-017497; ammunition: (a) 11 rounds of assorted ammunition, CAL: 9mm, Asset ID: 23-ATF-017500, and the time to file such claims has passed; and

WHEREAS, the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the firearm: (a) Glock GMBH 43X Pistol, CAL: 9mm S/N: BUEE891, Asset ID: 23-ATF-017497; ammunition: (a) 11 rounds of assorted ammunition, CAL: 9mm, Asset ID: 23-ATF-017500, has been forfeited, as of December 16, 2023, to the United States of America in accordance with the Preliminary Order of Forfeiture and may be disposed of according to law.

                    Respectfully submitted,

                    ADAIR F. BOROUGHS
                    UNITED STATES ATTORNEY

By: *s/Carrie Fisher Sherard*
     Carrie Fisher Sherard #10134
     Assistant United States Attorney
     55 Beattie Place, Suite 700
     Greenville, SC 29601
     (864) 282-2100

July 5, 2024